AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)



# UNITED STATES DISTRICT COURT
### for the

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

_Stephen Earl Brooks_
_____
Plaintiff
v.
_Meds Stay Health Solution_
Defendant
at 900 W. Baxter Ave Knox. TN, 37921

3:22cv389   Civil Action No.

8505
865-851-8506
8504

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
1525 month of Now

My gross pay or wages are: $ _17,012 80_ , and my take-home pay or wages are: $ _17,012 80_ per YR,
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

                        )
                        )
v.                      )        NO. _____
                        )        (To be assigned by the Clerk's Office.
                        )        Do not write in this blank.)
                        )

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, *Stephen Earl Brooks* _____, declare that I am the:

[X]     plaintiff/petitioner

[ ]     defendant/respondent

[ ]     Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)         YEAR OF BIRTH

Stephen Earl Brooks      12-19-58

SOCIAL SECURITY NUMBER (last 4 digits only)      PHONE NOS.

3443          1-865-363-4538

HOME ADDRESS:

9611 Will merritt Rd Strawplains Tn. 37871

(OWN) OR RENT?        HOW LONG AT CURRENT ADDRESS?

12½ years Plus grew up h 7yrs off on 26yrs 19 yr old.

MARITAL STATUS:

Divorced

NAME AND ADDRESS OF CURRENT EMPLOYER:

Disabble SSA from wki injny 2005 Nov

TELEPHONE NUMBER OF EMPLOYER:

N/A

HOW LONG AT CURRENT EMPLOYMENT?

N/A

OCCUPATION (Describe what you do):

Disabled Electric

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: N/A          NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: 11-05-2006

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT: 2,660⁰⁰

16⁵⁰/h

Page 2 of 10

Case 3:22-cv-00389-CEA-DCP    Document 1    Filed 11/04/22    Page 3 of 11    PageID #: 3

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES
WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?    [ ] Yes        [x] No

If YES, state the source and amount:

Rent payments, interest, or dividends?                      [ ] Yes        [x] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?            [ ] Yes        [x] No

If YES, state the source and amount:

Gifts or inheritance?                                       [ ] Yes        [x] No

If YES, state the source and amount:

Any other source?                                           [ ] Yes        [x] No

If YES, state the source and amount:

Page 3 of 10

Case 3:22-cv-00389-CEA-DCP    Document 1    Filed 11/04/22    Page 4 of 11    PageID #: 4

## ASSETS:

**LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE**

CASH       $

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)    $
**(Do NOT include account numbers)**

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)    $
**(Do NOT include account numbers)**

STOCKS AND BONDS       $ _0_

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

9611 Will merritt rd s Trawlp Plains ins @ Last yn $ 57,500⁰⁰

TN, 37871 Now @ New appls $ 103,000

$

**TOTAL REAL ESTATE** $ 103,000 $

Case 3:22-cv-00389-CEA-DCP    Document 1    Filed 11/04/22    Page 5 of 11    PageID #: 5

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

2014 Volkswagen Jetta $ 4.5000 ⁰⁰

2002 Ford Ranger pickup $ 6000

2022 O Trun mower, Banklers $ 3996 a New) still owe $1200 ⁰⁰ X

LOAN WAS 5,000

**TOTAL PERSONAL PROPERTY** $ 6.000 ⁰⁰

---

MOTOR VEHICLES

Year/Make          License No.          Current Value

See above                               $_____

_____                $_____

_____                $_____

**TOTAL VALUE OF MOTOR VEHICLES**      $_____

---

DEBTS OWED TO YOU (Give Name of Debtor)

X Wife Misty N. Brooks                  $ 3,000 ⁰⁰

my Grandmother Would say she)          $_____

A bezzn and get A Louse                $_____

**TOTAL DEBTS OWED TO YOU**            $3000 ⁰⁰

---

OTHER ASSETS (ITEMIZE)

_____                $_____

_____                $_____

_____                $_____

**TOTAL OTHER ASSETS**                 $_____

---

**TOTAL OFF ALL ASSETS: $_____**

Page 5 of 10

Case 3:22-cv-00389-CEA-DCP    Document 1    Filed 11/04/22    Page 6 of 11    PageID #: 6

# LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Used Car for Loan Zero Trun mces     $ _6,625_     fiest pay 4-5-22

_____     $ _____

_____     $ _____

ORNL Bank

**TOTAL LOANS PAYABLE TO BANKS**     $ _____

NOTES (LOANS PAYABLE TO OTHERS)  ORNL BANK     $ 6,625⁰⁰

MORTGAGES PAYABLE ON REAL ESTATE     $ O

CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS     $ O

MEDICAL BILLS  UT Hosp     $ 3-4-500⁰⁰

TAXES AND ASSESSMENTS PAYABLE  Land Taxes Was 278 $ Now A But unknown

OTHER LIABILITIES (Itemize)  500 place

_____     $ _____

_____     $ _____

_____     $

**TOTAL LIABILITIES     $     $ 7,000**

Page 6 of 10

Case 3:22-cv-00389-CEA-DCP     Document 1     Filed 11/04/22     Page 7 of 11     PageID #: 7

|  | | Monthly Payment | Balance Owing |
|---|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ | 0 | $ 0 |
| ELECTRICITY | mull $ | 580 – 175 | $ 0 |
| WATER | $ | 0 | $ 8 |
| GAS | $ | to fill tank 250 | $ 8 BACKUP Power Sours |
| TELEPHONE | $ | 75 + | $ 0 |
| FOOD | $ | 400 or 200 | $ → whatever was left |
| ALIMONY | $ | 0 | $ |
| CHILD SUPPORT | $ | 0 | $ |
| CHILD CARE | $ | 0 | $ |
| SCHOOL EXPENSES | $ | 0 | $ |
| AUTOMOBILE NOTE | $ | Jeep @ 182 | $ 630 |
| AUTOMOBILE INSURANCE And Home | $ | & Life 1200 my bnt | $ 0 113 mnth |
| AUTOMOBILE REPAIRS | $ | 100 + mnth | $ |
| GASOLINE whatever left | $ | 200 | $ RT Now 3 Tanks |
| FURNITURE NOTE | $ | 0 | $ |
| CLOTHING | $ | 500 yr | $ whatever left |
| CABLE TELEVISION | $ | Cut off | $ 407 |
| LIFE INSURANCE | $ | 30 mnth | $ |
| HOSPITALIZATION INSURANCE All Dept | $ | 50 mnth | $ Come out of my SSA |
| DOCTORS medications | $ | 50 – 100 mnth | $ 0 |
| DRUGS | $ | 100 mnth | $ 0 |
| CREDIT CARDS | $ | 0 | $ 0 |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | | $ |
| TAXES WAS 280 | $ | 500 yr | $ 2020 500 + 284 |

ANY OTHER EXPENSES (LIST)

nothing Left pluse
I after — Don't have
so I Skip Petter To PAY
PAY

| | | | |
|---|---|---|---|
| | $ | 140 | $ 400 or whatever |
| | $ | $50 mnth | $ Cars House Ins. 148 mnth |
| | $ | $75 Cel. | $ Gas 200 + or — |
| | $ LOAN use CAL | $ Dr. 10 – 75 – today |

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | |

as you know inflation is up 20 25%
To this Court
so I Rob Petter to PAY PAUL
And u know were all
Go to Get Bitter

Case 3:22-cv-00389-CEA-DCP    Document 1    Filed 11/04/22    Page 8 of 11    PageID #: 8

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)        YEAR OF BIRTH

*N/A Divorced*      *2011*

SOCIAL SECURITY NUMBER (last 4 digits only)      PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?      HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

| | |
|---|---|
| Salary or Wages | $_____ |
| Commissions | $_____ |
| All other sources (Pensions; Soc.Sec.; Rent; Interest; Dividends; Alimony, etc.) | $_____ |
| **TOTAL:** | $_____ |

Page 8 of 10

Case 3:22-cv-00389-CEA-DCP    Document 1    Filed 11/04/22    Page 9 of 11    PageID #: 9

========================================================

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                    Age:            Relationship:        Living
                                                               With Whom?

_my 11yr old Female Dog -_

_Sally 850_

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)              $_0_

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**                                     $_0_

Page 9 of 10

## <u>AFFIDAVIT</u>

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under ·penalty of perjury. ·

5 - 9 · 2022
**DATE**

*Stephen Earl Brooks*
**SIGNATURE**

Created:            January 31, 2007
IPF Application.wpd